MARTIN D. BUCKLEY, Respondent, v. CHARLES B. SHAFER, Defendant, Impleaded with SHAFER FRUIT AND COLD STORAGE COMPANY and Another, Appellants.— Judgment affirmed, with costs. All concur.

In the Matter of the Probate of the Last Will and Testament of SOPHIA GOERS, Deceased. EMMA J. WHYTE, Appellant; JULIUS C. GOERS, Respondent.— Decree and order reversed, verdict of jury set aside, and matter remitted to the Surrogate's Court with directions to admit the will to probate, with costs to the appellant. Held, the motion to direct the jury to find in the affirmative upon the question of mental competency of the testatrix, and upon the question of undue influence, should have been granted. The undisputed evidence shows that the testatrix was competent to make the will, and the contestant failed to make out a case of undue influence. All concur, except Davis, J., who dissents and votes for affirmance.

M. GERTRUDE CROSIER, as Administratrix, etc., of LUTHER W. CROSIER, Deceased, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Order affirmed, with costs. All concur, except Davis, J., who dissents.

ARTHUR M. CONGER and Others, Respondents, v. JOHN HALL, as Executor, etc., of VALENTINE DUNHAM, Deceased, and Others, Impleaded with THERESA C. CROWNHART, Appellant.— Judgment affirmed, with costs. All concur.

INTERNATIONAL RAILWAY COMPANY, Appellant, v. FRANK PIEKARSKI and Another, Respondents.— Judgment affirmed, with costs. All concur.

BRIDGET E. HAIGHT, Respondent, v. CITY OF LOCKPORT, Appellant.— Judgment and order affirmed, with costs. All concur, except Hubbs and Clark, JJ., who dissent.

CHARLES GORNBEIN, Respondent, v. WESTCHESTER FIRE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

CHARLES A. GARRITY, Plaintiff, v. JULIA MORNEWECK and Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed.

FRANK L. SCHWINGER, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

EDWARD H. YOUNG, Respondent, v. VILLAGE OF SILVER CREEK, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Intermediate Judicial Settlement of the Accounts of JOHN T. MOTT and DAVID P. MOREHOUSE, as Executors, etc., of WARDWELL G. ROBINSON, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

HANORA GRADY, Appellant, v. JAMES E. POLAND and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BATAVIA AND NEW YORK WOODWORKING COMPANY, Respondent, v. LEWIS D. COLLINS and Others, Comprising the Board of Education of Union Free School District No. 2 of Batavia, Appellants.   (1919 case.) — Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BATAVIA RUBBER